CAMDEN HORSE RAILROAD COMPANY, PLAINTIFF IN ERROR, v. THE WEST JERSEY TRACTION COMPANY, DEFENDANT IN ERROR.

On error to the Supreme Court.     For opinion of Supreme Court, see 27 *Vroom* 431.

For the plaintiff in error, *David J. Pancoast* and *Thomas N. McCarter.*

For the defendant in error, *Thomas E. French* and *Lindley M. Garrison.*

PER CURIAM.
The judgment below is affirmed, for the reasons given by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DIXON, GARRISON, LIPPINCOTT, MAGIE, BOGERT, BROWN, KRUEGER, SIMS.   10.

*For reversal*—None.